Stella Swanigan, appellee, v. Mamie G. Dill, appellant. Gen. No. 38,524.

Opinion filed February 3, 1936.

Adams & Baker, for appellant; George C. Adams, of counsel. Loren B. Rockey, for appellee.

Mr. Justice Matchett delivered the opinion of the court.